HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-122RAJ |
| Plaintiff, | |
| v. | ORDER TO SEAL DOCUMENT |
| DAVID BIGBY, | |
| Defendant. | |

THIS MATTER has come before the Court on the motion of Defendant David Bigby to file Exhibit 6 of Defendant's Sentencing Memorandum under seal. The Court has considered the motion and records in this case, and finds there are compelling reasons to file the document under seal. Accordingly,

IT IS ORDERED that Defendant's Motion to Seal (Dkt. #35) is GRANTED. Exhibit 6 of Defendant's Sentencing Memorandum shall remain under seal.

DATED this 23rd day of August, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT
(*U.S.A v. David Bigby,* CR16-122RAJ - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**