The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR16-0122RAJ |
|---|---|
| Plaintiff, | RESTITUTION ORDER |
| v. | |
| DAVID ALLEN BIGBY, | |
| Defendant. | |

THIS COURT, having reviewed the parties' stipulation regarding the restitution owed by the defendant, David Allen Bigby, and based on the entirety of the files, including the Information, the Plea Agreement that the defendant signed, the findings and recommendations in the Presentence Investigation Report, the Mandatory Victim's Restitution Act of 1996, 18 U.S.C. § 3664(f)(1)(A), and records herein, hereby ORDERS that the defendant is liable for the full amount of restitution, that is, fifty-one thousand, four hundred and fifty seven dollars and fourteen cents ($51,457.14), owed to the tribe.

DATED this 26th day of September, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

RESTITUTION ORDER - 1
UNITED STATES v. BIGBY/ CR16-0122RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970